**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**JOHN DANIEL MARTIN, III, #23201-034**                               **PETITIONER**

**VERSUS**                          **CIVIL ACTION NO. 5:09-cv-141-DCB-MTP**

**BRUCE PEARSON, et al.**                                     **RESPONDENTS**

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order of dismissal issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED, this the 11th day of January, 2010.

                                           s/David Bramlette
                                           UNITED STATES DISTRICT JUDGE